417 A.2d 790

## Commonwealth v. Whitson, Appellant.

Submitted May 7, 1979. Carl Whitson, in propria personam, appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Order and judgment of sentence affirmed.

417 A.2d 790

## Gilbert, Appellant, v. Lambert.

Argued October 24, 1978. Patricia P. Carlson, for appellant; no appearance entered nor brief filed for appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Order of the lower court affirmed.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.